UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

William S. Wolfson, Esq.
260 U.S. Highway 202/31, Suite 1100
Flemington, NJ 08822
Attorney for Debtor
908 782-9333
Our File No.: 603.56962
WW4019

Order Filed on September 20, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Daniel Cohen, Debtor

Case No.: 14-21875

Chapter: 13

Judge: Ferguson

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 20, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William S. Wolfson_____, the applicant, is allowed a fee of $ _____3,280.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____3,280.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____2,529.47____ per month for _____34_____ months to allow for payment of the above fee.

*rev.8/1/15*