UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Captial One, N.A.

Order Filed on November 15, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 14-21875-KCF

In Re:
    Daniel Cohen,

Debtor.

Adv. No.:

Hearing Date: 06/24/2015 @ 9:00 a.m.

Judge: Kathryn C. Ferguson

## CONSENT ORDER CURING POST-PETITION ARREARS

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: November 15, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtosr:  Daniel Cohen
Case No:  14-21875-KCF
Caption of Order:  CONSENT ORDER CURING POST-PETITION ARREARS
_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Capital One, N.A., Denise Carlon, Esq. appearing, upon a motion for relief from stay as to real property located at 40 Welisewitz Road, East Amwell, NJ 08551, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and William Wolfson, Esq., attorney for Debtor, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that as of October 15, 2016, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due May 2016 through October 2016 with $2,354.58 in suspense for a total post-petition default of $14,315.88 (6 @ $2,778.41; less suspense of $2,354.58); and

      It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $14,315.88 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13 plan; and

      It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume November 1, 2016, directly to Secured Creditor, Capital One, N.A., Payment Processing, P.O. Box 105385, Atlanta, GA 30348-5385 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

      It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

      It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

**(Page 3)**
Debtosr:  Daniel Cohen
Case No:  14-21875-KCF
Caption of Order:  CONSENT ORDER CURING POST-PETITION ARREARS
_____

   It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $176.00 for filing fees totaling $526.00, which is to be paid through Debtors' Chapter 13 plan; and

   It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

                               Dated:   10/28/16

I hereby agree and consent to the above terms and conditions:


*/s/Denise Carlon*
_____
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR


I hereby agree and consent to the above terms and conditions:   Dated:   10/27/16


*/s/ William Wolfson*
_____
WILLIAM WOLFSON, ESQ., ATTORNEY FOR DEBTOR

Daniel Cohen
40 Welisewitz Road
East Amwell, NJ 08851

Case 14-21875-KCF    Doc 67    Filed 11/17/16    Entered 11/18/16 00:46:11    Desc Imaged
Certificate of Notice    Page 4 of 7

William Wolfson, Esq.
260 US Highway 202/31
Suite 1100
Flemington, NJ 08822

Albert Russo
Chapter 13 Standing Trustee
CN4853
Trenton, NJ 08650

United States Bankruptcy Court
District of New Jersey

In re:  
Daniel Cohen  
    Debtor

Case No. 14-21875-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 15, 2016  
                            Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2016.  
db         +Daniel Cohen,    40 Welisewitz Road,    Ringoes, NJ 08551-1711

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2016                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2016 at the address(es) listed below:  
         Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Albert    Russo     docs@russotrustee.com  
         Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Denise E. Carlon    on behalf of Creditor   Capital One, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Joshua I. Goldman    on behalf of Creditor   Capital One, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         William S. Wolfson    on behalf of Debtor Daniel   Cohen wwolfsonlaw@comcast.net, liza.wwolfsonlaw@comcast.net

                                                                                                       TOTAL: 6