# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                      Case No.: 14−21875−KCF
                      Chapter: 13
                      Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel Cohen
   aka Dan Cohen
   40 Welisewitz Road
   Ringoes, NJ 08551

Social Security No.:
   xxx−xx−1322

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/29/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 29, 2017
JAN: wir

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Daniel Cohen  
    Debtor

Case No. 14-21875-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Jun 29, 2017  
                        Form ID: 148    Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2017.
```
db            +Daniel Cohen,    40 Welisewitz Road,    Ringoes, NJ 08551-1711
aty           +Richard D. DelMonaco,    State of New Jersey,    Div. of Law,    25 Market Street,
                Trenton, NJ 08611-2148
cr            +PNC BANK, N.A.,    Weinstock Friedman Friedman,    Att: Shannon Kreshtool,    4 Reservoir Circle,
                Baltimore, ND 21208-7301
cr           ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Dept of Treasury,    50 Barrack Street,
                PO Box 269,    Trenton, NJ  08695,    US)
514844125     +Cap One Na,    1 S Orange St,    Wilmington, DE 19801-5006
515616649     +Capital One, N.A.,    P.O. Box 21887,    Eagan, MI 55121-0887
514844127     +Capital One, N.A.,    c/o Stern & Eisenberg,    1040 N. Kings Highway, Ste 407,
                Cherry Hill, NJ 08034-1925
514844129     +Hunterdon Medical Center,    2100 Wescott Drive,    Flemington, NJ 08822-4604
514844132      NJ Department of Labor Div.,    Employer Accounts,    PO Box 059,    Trenton, NJ 08625-0059
514844131     +New Jersey Motor Vehicle Commission,    Administrative Unit,    225 East State Street,
                Trenton, NJ 08666-0001
515160905     +PNC BANK,   N/A,    P O BOX 94982,    CLEVELAND  OHIO 44101-4982
514844134     +PNC Bank, N.A.,    c/o Dilworth Paxson,    457 Haddonfield Rd., Ste 700,
                Cherry Hill, NJ 08002-2201
514844135     +PNC Bank, N.A.,    Two Tower Center Blvd.,    East Brunswick, NJ 08816-1199
514912089     +PNC Bank, National Association,    c/o Shannon B. Kreshtool, Esq.,
                Weinstock, Friedman & Friedman, P.A.,    4 Reservoir Circle,    Baltimore, MD 21208-6319
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 29 2017 22:00:23     U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 29 2017 22:00:19     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
514844124      EDI: HNDA.COM Jun 29 2017 21:43:00     American Honda Finance,    PO Box 168088,
                Irving, TX 75016
514844126     +EDI: CAPITALONE.COM Jun 29 2017 21:43:00     Capital 1 Bank,   Attn Bankruptcy Dept.,
                PO Box 30285,    Salt Lake City, UT 84130-0285
515945831     +EDI: AISACG.COM Jun 29 2017 21:43:00     Capital One N.A,   c/o Ascension Capital Group,
                P.O. Box 165028,    Irving, TX 75016-5028
514844128     +E-mail/Text: bankruptcydepartment@tsico.com Jun 29 2017 22:00:58     Hunterdon Family Medicine,
                c/o Nco Fin /99,    Po Box 15636,    Wilmington, DE 19850-5636
514844130      EDI: IRS.COM Jun 29 2017 21:43:00     Internal Revenue Service,    Insolvency Section,
                PO Box 21126,    Philadelphia, PA 19114
                                                                                              TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514856834*     Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
514844133*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: NJ Division of Taxation,    50 Barracks Street,    PO Box 269,
                Trenton, NJ 08695)
514984347*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                PO Box 245,    Trenton, NJ 08695-0245)
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2017                                                Signature:  /s/Joseph Speetjens

Case 14-21875-KCF    Doc 74    Filed 07/01/17    Entered 07/02/17 00:35:46    Desc Imaged
Certificate of Notice    Page 3 of 3

```
District/off: 0312-3          User: admin               Page 2 of 2                 Date Rcvd: Jun 29, 2017
                              Form ID: 148              Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2017 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Capital One, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    Capital One, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          William S. Wolfson    on behalf of Debtor Daniel   Cohen wwolfsonlaw@comcast.net,
           liza.wwolfsonlaw@comcast.net
                                                                                             TOTAL: 6
```